Christopher O. Smith
Name
P.O. Box 208
Indian Springs, NV 89070
# 1105576
Prison Number

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

Christopher O. Smith,
  Plaintiff,

vs.

William Hutchings
Monique Pickett
James Scally - etc.

  Defendant(s).

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

**A. JURISDICTION**

1) This complaint alleges that the civil rights of Plaintiff, Christopher O. Smith, (Print Plaintiff's name) who presently resides at Southern Desert Correctional Center, were violated by the actions of the below named individuals which were directed against Plaintiff at SDCC / Indian Springs (institution/city where violation occurred) on the following dates

8th Amendment _____, and _____
    (Count I)           (Count II)              (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant __William Hutchings__ resides at __SDCC/NDOC__,
(full name of first defendant)           (address if first defendant)
and is employed as __Warden of SDCC__. This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __At all times he was a agent at the State of Nevada as a Warden__

3) Defendant __Monique Pickett__ resides at __SDCC/NDOC__,
(full name of first defendant)           (address if first defendant)
and is employed as __Warden of SDCC__. This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __At all time she was a agent of the State of Nevada as a Warden__

4) Defendant __James Scally__ resides at __SDCC/NDOC__,
(full name of first defendant)           (address if first defendant)
and is employed as __Warden of SDCC__. This defendant is sued in his/her
(defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __At all times he was a agent of the State of Nevada as a Warden__

5) Defendant _____ resides at _____,
(full name of first defendant)           (address if first defendant)
and is employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

2

6) Defendant _____ resides at _____,
        (full name of first defendant)                               (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
                     (defendant's position and title, if any)
   ___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

   28 U.S.C § 1331, 2381, Eighth Amendment of the U.S. Const. and Nevada Const. NRS Rule 25 Fed R. Civil P. whereas Substitute of Party cdavisson Rule 15 Fed R. Civ. P

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   This is a Civil Rights action brought pursuant to 42 U.S.C. § 1983 against the Defendants herein, in their official and individual Capacity for violation of Plaintiff's Eighth Amendment rights/Deliberate Indifference to the United States Constitution.

   Plaintiff seek Monetary damages, injunctive Relief and Demand a Trial by Jury.

---

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: 8th Amendment of U.S. Constitution Deliberate Indifferency, Conspiracy to act with Deliberate Indifference, Denial of basic human needs of Confinement; Article 1 Sec. 6 of Nevada Const. Cruel and unusual Punishment

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plantiff, adopts all memorandum of Points; Authorities; legal Arguments in this Civil Rights Complaint pursuant to 42 U.S.C. § 1983 as fully restated herein. Defendants/Respondants Scally, Pickett and Warden William Hutchings 1-100 all violated the 8th Amendment Deliberate Indefferan; Conspiracy to act with Deliberate indifference by (1) refusing to create CDC mandates; Recomendation of Social distancing while being aware of the Corona-Virus Global Pandemic, forcing Plantiff to be exposed or worse infected as I was on 12.15.20 with this most Contageous deadly virus on the Planet as we speak. (Corona-Virus) Also Known as (Covid-19) which if infected could cause Plantiff to suffer by becoming very ill have long term side effects or "Death". Which I've experience being very ill can't breath, or Sleep, Migraine headache and almost close to death (2) S.D.C.C. refusing to house Plantiff in a Safe "Social distancing" environment protecting him from the risk of deadly harm as Plantiff is at the highest risk due to "Pre-existing Conditions" (see Ex: B") During this Corona-virus Global Pandemic NDOC, S.D.C.C. housing plantiff along with other inmates at S.D.C.C. In a unsafe unConstitutional Open Dormitory, under Cramped conditions with only a few feet 2 1/2 to be exact away from one another. Which is a perfect setting for Covid-19 outbreak

4

(3) The above Defendants acted with Deliberate Indifference by knowing the seriousness of the coronavirus at S.D.C.C. Administrators acknowledge that current measures are inadequate to stop the spread of COVID-19. Primitive structures, older ventilation systems, crowding, and dormitory-style housing make it difficult to control the spread of the virus (4) Defendants/Respondents William Hutchings, Warden of SDCC; Monique Pickett Warden of SDCC; James Scally, Warden of SDCC John/Jane Doe's 1-100 all violated the 8th Amendment- Deliberate Indifference by not providing adequate Mask & no hand sanitizer from 1/10/20 - to present While Plaintiff has been housed in Unit 12B "Dormitory" at S.D.C.C., during the Corona-virus Global Pandemic. They failed to issue Plaintiff hand sanitizer & Mask during that time period, in this Dorm of 120 inmates all touching the same things phones/water fountains/bathroom toilets, kiosk & sinks. Adequate hand sanitizer & Mask were mandated items to be distributed to S.D.C.C Prisoners to Protect them from Contracting this deadly virus that's very Contagious and can cause Plaintiff serious harm due to fact I'm in the high risk factor because of Pre-existing Conditions (see Ex. C) Plaintiff health & life would be at risk of being infected with COVID-19 if he is not issued a Mask (N95) & hand sanitizer. They did not issue adequate mask or Hand Sanitizer which contributed to Plaintiff Contracting Coronavirus on or around about 12-1-20 & being hampered with the symptoms listed above which is the nature of case also with after effects which is diagnose as "Long-COVID Syndrome" which is indefinitely. He also Suffers from Mental, Physical & Emotional distress. Defendants/Respondents William Hutchings, Warden of SDCC; Monique Pickett, Warden of SDCC; James Scally, Warden of SDCC John/Jane Doe's 1-100 all violated the 8th Amendment- Cruel & Unusual Punishment, Conditions of Confinement, Basic Human Needs, Deliberate Indifference by refusing to have "HOT" water in SDCC Kitchen so inmates can properly wash hands & food trays. There has been laws in place for decades in Indian Springs Nevada & Clark County Nevada, that "NO" kitchen can legally operate without Hot running water for workers to wash hands & eating utensils, plates, trays, this is because workers wouldn't be able to properly wash hands & Sanitize trays this could expose inmates to unreasonable risk/harm of infection/ Coronavirus from it being passed from the hands & trays & causing them to be infected. Which is exactly what happened to Plaintiff. The admitted lack of HOT Water in SDCC Kitchen Contributed to plaintiff Contracting Coronavirus/COVID-19 on or about 12-15-20. Defendant refused to fix the Hot water in the kitchen to opperate in accordance with health & safety protocols that have existed for decades, in order to expose Plaintiff to Covid-19. Defendants/Respondents William Hutchings, Warden of SDCC; Monique Pickett, Warden of SDCC; James Scally, Warden of SDCC John/Jane Doe's 1-100 all violated the 8th Amendment- Deliberate Indifference & Conspiracy to act with deliberate Indifference, by the following Statement of facts

5

1) Defendants knew that Coronavirus was a serious matter since 1/23/20 because it became significant in China & Europe.
2) Defendants knew Coronavirus had become a Global Pandemic by 3/1/20. Proof of this fact is that SDCC stopped all contact & behind the glass visitation due to Covid-19.
3) On around August of 2020 the CDC issued the following Covid 19 Pre-cautionary measures to reasonably Protect U.S. citizens from Covid-19 (A) wash hands in HOT WATER (B) Hand Sanitizer (C) reduce occupancy of indoor facilities/buildings/churches to 25% in order to (D) Create 6 feet Social Distancing & (E) Quarantine for 14 days those where either exposed to Covid-19 or either tested positive for Covid-19. These were guidelines that were adopted by Nevada, by Governor Steve Sisolak in the form of "State directives."
F) Adequate Mask
4) These Defendants from 1/20/20 - to present never issued any of the above Pre-Cautionary Measures to reasonably Protect SDCC inmates from Contracting "Covid-19". (5) Defendants did not allow unit RB inmates cleaning supplies to sanitize the unit & only allow the unit porters to clean the unit once a day. They allowed unit 12B to clean & "Sanitize" the whole unit 12B on one day (12/23/20) (6) Defendants knew there was an outbreak among SDCC culinary staff & kitchen inmates workers on around 11/15/20 (Coronavirus Outbreak). There was no "HOT WATER" for inmates to properly wash & sanitize hands & trays; thus caused SDCC to be lockdown unit 4 (Workers unit). 7) Inmates working with or around inmates who've tested positive for Covid-19 in the kitchen around 11/15/20, were allowed to remain in the kitchen as kitchen workers

Pg 6

& remain in the dorms even though they were exposed to or positive for Covid-19. They were allowed to remain around Plaintiff in unit 12B
8) Though Scally, Pickett & other SDCC Staff came to unit 12B on around 11/12/20 to address SDCC lockdown & Coronavirus concerns, stating in part that "Huethings, Scally & Pickett have had many meetings on the response of Covid-19 at SDCC since March of 2020. That they don't know what to do. They don't know how to slow down the spread of Covid-19 at SDCC?" That unit 12B is one of the only unit's at SDCC, where no has tested positive for Covid-19. You guy's must have good water - you guy's most be blessed because if one person in unit 12B becomes infected with Covid-19 it will rapidly spread throughout the "Whole unit 12B"

Page - 6 A

because of how the building is designed with "NO Physical Separation. These Defendants knew that Covid-19 outbreak was only a matter of time in Unit 12B, due to the fact that unit Kitchen Workers in 12B had already been exposed to other inmates (kitchen workers from unit 4) as well as SDCC Staff in the Kitchen who had already been exposed or tested positive for Covid-19, posings a serious risk, threat and harm to Petitioner due to me having "PRE-Existing Condition" as well as other inmates in unit 12B. Despite all the above on or around 12-4-20 Pickett, Scally & Hutchings Came back to unit 12B & Pressured inmates to work in the Kitchen Knowing there had already been a deadly outbreak of Coronavirus in SDCC Kitchen with other inmates & staff members & even went to the extent of threatening them (12B inmates) stating that "If they don't agree to work in a Covid-19 infested Kitchen, because unit 4 workers were exposed & sick from Covid-19 resulting in unit 4 as a whole going on lockdown, that will enforce social Distancing on the Phones & allow only 2 people out of 120 people to use the phones at a time (instead of 4) which would have caused a serious "race riot". This was the blatant threat/ retaliation to the health & Safety & life of Petitioner, there wasn't 1 time that I didn't feel like they were trying to "Kill me" literally and other 12B inmates. But considering the loss of the two evils about 30 inmates from 12B agreed to work inside the kitchen at SDCC after being pressured into doing so. Unit 12B inmates started working around 12·5·20 and around 12·6·20 "All the Kitchen workers came back to unit 12B sick with Coronavirus" (Covid-19).

9) By 12-8-20 Plaintiff & nearly 92% of unit 12B inmates all became severely ill with Covid-19. Many inmates died & got hospitalized. So Defendants was dead on with there prediction, there was a rapid spread of Covid-19 once one person caught in 12B.

Page - 7

1  Plaintiff had Covid-19 symptoms, high fever, chills, severe shortness
2  of breath I couldn't barely make it to the toilet, fatigue, muscle & body aches,
3  headaches, loss of taste, running nose, vomitting, diahreaha etc.
4  Plaintiff sustains these symptoms from 12.8.20 - 1.15.21. After
5  1.15.21 Plaintiff continued to experience the following after effects,
6  till the present day. Cloudiness of Mind, Memory loss, Drowsiness,
7  fatigue, back pain, shortness of breath, low energy etc. which I was told
8  and is known as "Long Covid Effect". And during 12.8.20 - 1.15.21 Plaintiff
9  recieve "NO Medical Attention" they left Plaintiff in that Dormitory
10 with a 120 other inmates which almost all were severely ill and gave Plaintiff
11 and other severely sick inmates "NO Medical Treatment" see Plaintiff
12 Informal grievance (Ex 2) Plaintiff is a part of the "CDC Mandate Vulnerable Class"
13 Plaintiff found out he had Covid-19 on 12.15.20 and was almost to the
14 brink of death because of severe illness with NO Medical treatment.
15 and they didn't move Plaintiff with the rest of the severely sick inmates.
16 And left us in the Dormatory for over 10 plus days. and after 10 to
17 about 15 days call them selfs moving inmates who only showed a persisting
18 sign of illness. The damage was already done. People died due to SDCC Medical
19 neglect by not properly treating inmates with Corona-virus. Plaintiff contends that
20 the above named Defendants violated the 8th Amendment by having clear knowledge
21 Global Pandemic. The fact that Staff & inmates at SDCC were increasingly
22 becoming infected with Corona-virus, primarily from the kitchen. They knew
23 there were Mandatory Covid-19 Precautioning Measures that were suppose to
24 be implemented at SDCC, but especially in the Dorms, but they did not
25 put any Measures in Place. They were suppose to, after having / Harboring
26 Knowledge of Plaintiff's serious risk of contracting Corona-Virus and was required
27 by law, to take reasonable Measures to Minimize the risk. By isolating
28 Transferring, or releasing Plaintiff by failing to do this Defendants dramatically increased

Page - 8

his risk of contracting Covid-19, that Constitutes Deliberate Indifference. Deliberate indifference may appear when prison officials deny, delay or intentionally interfere with medical treatment, or it may be shown by the way in which prison physicians provide medical care. In Plaintiff's case they provided No medical help or treatment knowing before hand that Plaintiff contracted Covid-19 on or before 12.15.20. On or about 12.21.20 Medical Staff came to 12B and said write a medical kite to find out your Covid-19 test result during that time Plaintiff and 92% of unit 12B was severely sick. I ask for help at that time and recieve none from Medical Staff I was only told "put in medical kite for cold setup" are you kidding me I could have been dead by then. Defendants act with Deliberate Indifference and Conspiracy to act with deliberate Indifference. This is base upon the above because Defendants respond with reckless disregard for Plaintiff's life, health & safety which ultimately lead to Plaintiff being infected with Coronavirus & sustain Physical, Mental & Emotional injury. (10) Every inmate in unit 12B was tested for Covid-19 on or about 6th or 8th of Dec. of 2020 when SDCC medical staff came to the unit (12B) on or about 12.21.27 the whole unit was asking for cold setup's because they were sick. (11) The Medical staff had prior 1) Knowledge to positive Covid test results beforehand. A Prison official may be held liable under 8th Amendment for acting with "deliberate indifference" to inmate health & safety only if he knows that inmates face a substanial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it. Defendants knew the serious harm of this Global Pandemic Covid-19 when unit 4 workers and unit 4 as a whole was put on lockdown for Covid-19 outbreak in the Kitchen between staff & inmates and Warden Hutchings, Pickett & Scally force inmates from 12B with threats to go work in a Covid infested Kitchen/environment and shortly after inmates from 12B caught Covid and infected the whole Dormatory unit (12B).

Page - 9

So inmates became frustrated due to not knowing there test results, not getting proper Medical treatment submitting Kites for their results but getting no response. So this sparked a "Protest" where unit 12B inmates refused to lock down until Warden Hutchings came & let us know our test results, Cleaning supplies to Clean the unit & give us fresh air for once, to relief of a stuffy unit with bad ventilation, and a unit full of sick people that were all Positive from Covid-outbreak that Shut down the whole Prison. And this would have caused a riot between inmates & staff but people/inmates were desperate because the alternative was "DEATH"!! Unit 12B inmates were trying to have Covid-19 guidelines to be implemented to save and protect human lives & to protect their long-term health. Plaintiff was in a "triage" environment with "NO MEDICAL HELP" watching people suffer to death, beg for help medical treatment and were denied and even some die in Unit 12 at SDCC.

This Protest caused Scally to come down to unit 12B on 12-22-20 at around 4:45pm, along with other Staff members and asked "what can we do not only to Keep the Peace, but also help you guy's assist us to Stop another Outbreak during Covid-19 Global Pandemic?" Plaintiff along with other inmates demanded (1) Cleaning supplies so inmates can properly clean & sanitize the unit. (2) To fix the "HOT WATER" in the Kitchen (3) To create 6 feet "Social Distancing" conditions so we can protect ourselves against another Covid-19 outbreak. (4) to use proper (N95) Mask to protect us from Covid-19 (5) To allow us to go outside to get fresh air while cleaning the unit (6) We demand our test results (Plaintiff came back positive on 12-24-20) (7) That it would violate Federal Law to make unit 12B a Quarantine unit. (8) The inmates who tested Positive for Covid-19 be Quarantine & (9) To release/Transfer 50% of the prison population in order to create proper 6ft Social distancing.

Page - 10

Scally responded with (1) "Me releasing you guy's is like hitting the lottery, you know that's not going to happen" (2) I disagree with this unit 12B being a Quarantine unit, though he admitted on 12/23/20 that he made unit 12B a Quarantine unit (3) That he ordered Medical Staff "not to give us our Covid-19 test results unit 12B on 12-15-20. Though Scally agreed to have Medical Staff issue our test results later. But this whole time Scally & SDCC Medical Staff knew all along that inmates in 12B already tested positive for Covid-19. Scally & SDCC Medical Staff "Conspired" to Cover-up this fact because they did not respond reasonably to inmates Covid-19 risk by treating inmates medically, by Quarantining positive inmates, by transforming/releasing 50% of the prison population in order to create proper social distancing conditions nor did they wanted to implement pre-cautionary measures in the form of state directives in order to adequately protect inmates from Covid-19 at SDCC. Scally agreed to order Medical Staff to respond to Plaintiff's Medical Kites requesting test results, to issue cleaning supplies. But he stated "He will not create 6-feet social distancing conditions at SDCC in unit 12B & want issue us "N95 Mask because we already have Cloth Mask". Scally & and other staff stated "they had alot of inmates who were positive for Covid-19" but refuse to inform them, treat them and Quarantine them, Showing intentional/deliberate "Cover up". Plaintiff's medical kite was returned & Plaintiff results for Covid-19 was Positive!! 92% of all kites returned to inmates in unit 12B were positive but Defendants already knew that. But for some odd reason didn't want Plaintiff & other inmates to know, Defendants refuse to implement pre-cautionary measures to prevent the spread of Covid-19 SDCC & and there medical staff knew that Plaintiff was at "High Risk" due to Pre-Existing Condition (see Ex E & D) but instead chose to be silent & coverup their mishap

Page - 11

1  with Plaintiff life!! Defendants didn't apply the State directives
2  of releasing 50% of it's Prison Population. They were deliberate
3  indifference to Plaintiff's Covid-19 risk without question. Which caused
4  him to contract Covid-19, to suffer serious harm & after effects & refuse
5  to treat him or even care and talk with or examine him.

7  Defendants choose to create the problems listed above. Plaintiff contends
8  that all above named Defendants conspired to infected Plaintiff & unit 12B
9  inmates at SDCC. They conspired to put sick inmates back in unit 12B
10 who were either exposed or infected with Covid-19. They conspired not to
11 implement Covid-19 Protocol & Pre-cautionary Measures issues by CDC & adopted
12 by Nevada Governor Sisolak as a State directives to be implemented as
13 safety & Pre Cautionary Measures in order to protect human lives. They conspired
14 to not tell Plaintiff & other inmates at SDCC that they tested Positive. Scally
15 made the call and all the other defendants followed suit. This is definitely
16 an 8th Amend. Violation on SDCC Administration & Medical Staff as a Whole.
17 They violated all Medical Procedures & Policies & wouldn't treat inmates with
18 or for Covid-19 because they didn't want Prisoners to know they've contracted
19 Corona virus / Covid-19. This is for sure Criminal Behavior. Plaintiff sustained
20 Physical, Mental, Emotional injury. (11) Defendants all violated 8th Amendment
21 by acting with deliberate indifference & conspiracy to act with deliberate
22 indifference because they've known that since 12-15-70 Plaintiff was
23 expose to and contracted Covid-19. Inmates in unit 12B who were expose or tested
24 Positive for Covid-19 SDCC Medical Staff refuse to Quarantine them (Kitchen Workers)
25 which caused Plaintiff to contract Covid-19. Defendants refused to do the right
26 thing. They showed reckless disregard for Plaintiff's health & safety left Plaintiff
27 in the unit with Covid-19 and being severly ill and gave him "NO Medical AID" And
28 since 12-15-20 an till the present New Strains are Poppin up like BA.2.

Page - 12

## COUNT II

The following civil rights has been violated: ___N/A___

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

___N/A___

## COUNT III

The following civil rights has been violated: ___N/A___

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

___N/A___

------------------------------------

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a) Defendants: _N/A_
b) Name of court and docket number: _N/A_
c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

d) Issues raised: _N/A_


e) Approximate date it was filed: _N/A_
f) Approximate date of disposition: _N/A_

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ____ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _N/A_
b) Name of court and case number: _N/A_
c) The case was dismissed because it was found to be (check one): _N/A_ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
d) Issues raised: _N/A_

e) Approximate date it was filed: _N/A_
f) Approximate date of disposition: _N/A_

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _N/A_
b) Name of court and case number: _N/A_

7

    c)    The case was dismissed because it was found to be (check one): __N/A__ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
    d)    Issues raised: __N/A__

    e)    Approximate date it was filed: __N/A__
    f)    Approximate date of disposition: __N/A__

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:
    a)    Defendants: __N/A__
    b)    Name of court and case number: __N/A__
    c)    The case was dismissed because it was found to be (check one): __N/A__ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
    d)    Issues raised: __N/A__

    e)    Approximate date it was filed: __N/A__
    f)    Approximate date of disposition: __N/A__

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? __X__ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.
If your answer is "Yes", provide the following information. Grievance Number _____.
Date and institution where grievance was filed _____.

Response to grievance: __Informal Grievance: Denied / 1st Level Grievance 2nd / Level Grievance:__

8

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Full coverage for Medical for my Brain/Eyes/Dental/Heart/lungs/liver/Kidneys for the duration of my Natural life because NDOC/SDCC Et. Al Deliberate Indifference, willful intent, wanton malice; blatant disregard for my Federal Constitutional Rights to the 14th; 8th Amend.. Monetary damages for Mental, Emotional; Physical injury; anguish due to Irreparable damage to my future health from Contracting Covid-19 in NDOC/SDCC for operating SDCC culinary with No Hot water/Sanitation; for not providing fresh MlK... Financial Compensation of $10 million U.S. Dollars. Suffering; Pain that will forever persist from this.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____N/A_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_____Chris Smith_____
(Signature of Plaintiff)

_____5/10/22_____
(Date)

(Additional space if needed; identify what is being continued)

9

## CERTFICATE OF SERVICE BY MAILING

I, __Chris O. Smith__, hereby certify, pursuant to NRCP 5(b), that on this __10th__ day of __May__, 2022, I mailed a true and correct copy of the foregoing, "__1983 Civil Rights Lawsuit__"
by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

__N/A__

CC:FILE

DATED: this __10__ day of __May__, 2022.

__Chris Smith__
#105576
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _____

__1983 Civil Rights Lawsuit__
(Title of Document)

filed in District Court Case number __N/A__

☑ Does not contain the social security number of any person.

-OR-

☐ Contains the social security number of a person as required by:

    A. A specific state or federal law, to wit:

    _____
    (State specific law)

-or-

    B. For the administration of a public program or for an application for a federal or state grant.

__Chris Smith__
Signature

__5/10/22__
Date

__Chris Smith__
Print Name

__Petitioner__
Title