AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-3375
Fax: (702) 486-3773
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants
William Hutchings, Monique
Hubbard-Pickett and James Scally*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH, | Case No. 2:22-cv-00759-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| WILLIAM HUTCHINGS, et al., | |
| Defendants. | |

Plaintiff, Christopher O. Smith, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 19th day of July, 2024.

By: /s/ Christopher O. Smith
Christopher O. Smith # 1105576
Plaintiff, Pro Se

DATED this 19th day of July, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED: 7.19.24